UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-47-MOC

| TIMOTHY PROPST, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| KILOLO KIJAKAZI, | ) |  |
| Acting Commissioner of | ) |  |
| Social Security, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees. (Doc. No. 13). Defendant has consented to the motion. The Court finds that the requested amount is reasonable.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant will pay Plaintiff $4,700.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to PO Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check(s) payable to Plaintiff directly and deliver the check(s) to the business address of Plaintiff's counsel.

.

Signed: November 20, 2023

Max O. Cogburn Jr
United States District Judge